Exhibit A

## DISCOVERY PLAN WORKSHEET
### Phase I (Pre-Settlement Discovery)

Deadline for completion of Rule 26(a) initial disclosures
and HIPAA-complaint records authorizations:            November 15, 2017

Completion date for Phase I Discovery
as agreed upon by the parties:                          January 8, 2018
*(Presumptively 60 days after Initial Conference)*

### Phase II Discovery and Motion Practice

Motion to join new parties or amend the pleadings:     February 2, 2018

First requests for production of documents
and for interrogatories due by:                         February 19, 2018

All fact discovery completed by:                        June 4, 2018

Exchange of expert reports completed by:   Plaintiff By:    July 9, 2018
                                           Defendant By:   August 8, 2018

Expert depositions completed by:                        September 7, 2018

**_COMPLETION OF ALL DISCOVERY BY:_**                   September 8, 2018
*(Note: Presumptively 9 months after Initial Conference.)*

3