# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

MANUELA DIAZ on behalf of her infant child, ANTONIO CRUZ,

Plaintiff,

-against-

COUNTY OF SUFFOLK, POLICE OFFICER MICHAEL FILIBERTO Shield #5238, POLICE OFFICER JOHN DOE #1 and POLICE OFFICER JOHN DOE #2,

Defendants.

---------------------------------------------------------------------- X

**Docket No.: 17-CV-4398 (ADS)(GRB)**

**STIPULATION AMENDING CAPTION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties in the above entitled action, as follows:

1. Manuela Diaz is a named party to this action solely in her capacity as the natural parent and guardian of Antonio Cruz.

2. As of September 2017, Antonio Cruz is no longer a minor and is presently eighteen years of age.

3. That Antonio Cruz be substituted in place and instead of Manuela Diaz, on behalf of her infant child Antonio Cruz, as Plaintiff.

4. That Police Officer Michael Filiberto be substituted in place and instead of Police Officer Frank Filiberto as a named defendant.

5. That the caption in this matter shall be amended so as to reflect the above-mentioned substitutions as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ANTONIO CRUZ,

Plaintiff,

-against-

COUNTY OF SUFFOLK, POLICE OFFICER FRANK FILIBERTO Shield #5238, POLICE OFFICER JOHN DOE #1 and POLICE OFFICER JOHN DOE #2,

Defendants.

---------------------------------------------------------------------- X

6. That facsimile and/or electronic signatures shall be deemed originals for all purposes and this Stipulation made be signed in counterparts, each of which shall constitute and original.

Dated: Lake Success, New York
November 6, 2017

**THE RUSSELL FRIEDMAN LAW GROUP LLP**
*Attorneys for Plaintiff*

By: /S Pablo A. Fernandez
Pablo A. Fernandez
3000 Marcus Avenue, Suite 2E03
Lake Success, New York 11042
516.355.9628

Dated: Hauppauge, New York
November 6, 2017

**SUFFOLK COUNTY ATTORNEY'S OFFICE**
*Attorneys for Suffolk Defendants*

BY: /S Arlene S. Swilling
Arlene S. Swilling
Assistant County Attorney
H. Lee Dennison Building – Fifth Floor
100 Veterans Highway
PO Box 6100
Hauppauge, New York 11788-0099
631.853.4049

Dated: Central Islip, New York
November ______, 2017

______________________________________
US Magistrate Judge Gary R. Brown