
DANIEL S. HALLAK
ASSOCIATE
DIRECT TEL.: 516.355.9628
DIRECT FAX: 516.355.9660
DHALLAK@RFRIEDMANLAW.COM

September 7, 2018

**VIA ECF**
Honorable Magistrate Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
P.O. Box 830
Central Islip, New York 11722

      Re:    *Antonio Cruz v. County of Suffolk, et al.*
                17-CV-4398 (ADS)(GRB); L2534

Dear Judge Brown:

      This office represents Plaintiff in the above-referenced matter. Please accept this correspondence as a joint status letter pursuant to Your Honor's Order dated August 1, 2018.

      The parties, including Plaintiff and his mother, appeared for a settlement conference in front of Your Honor on June 8, 2018. No settlement was reached at that time. After the conference, the County Defendants indicated that they would need certain documentation from the Plaintiff in order to obtain any authority for a potential settlement.

      Since the conference, Plaintiff has provided the outstanding authorizations to the Defendants. However, counsel for the Defendants indicated that certain physicians who treated Plaintiff would only accept originally signed authorizations, rather than a copy. Plaintiff is in the process of reobtaining original signatures with current dates so that the Defendants can obtain access to all the records they need in order to further engage in any meaningful settlement discussions.

      Thank you for your attention to this matter.

Very truly yours,

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**    **SUFFOLK COUNTY ATTORNEY'S OFFICE**

By:  /S/Daniel S. Hallak                    By:  /S/ Arlene Zwilling
        Daniel S. Hallak                            Arlene Zwilling