**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

October 9, 2018

Honorable Gary R. Brown, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Cruz v. County of Suffolk, et al.*
    CV17-4398(ADS0(GRB)

Dear Judge Brown:

Counsel for the parties to this §1983 case submit this joint letter pursuant to the Court's Order of September 10, 2018.

At this time, defendants are awaiting receipt of an additional release for plaintiff's medical records from a military program in which he is now participating. We expect to have the release shortly.

Counsel for both sides are available for a further conference on the following dates: November 28, 29, December 5 and 7, 2018.

We thank the Court for its continuing time and attention to this matter.

Respectfully submitted,

Dennis M. Brown
Suffolk County Attorney

By: Arlene Zwilling
    Assistant County Attorney

THE RUSSELL FRIEDMAN LAW GROUP, LLP

By: /S/Daniel S. Hallak
    Daniel S. Hallak

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY     ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099     ♦

(631) 853-4049
TELECOPIER (631) 853-5169