# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NEW YORK

ANTONIO CRUZ,
        Plaintiff,

Civil Docket Number: 17-cv-4398(ADS)(GRB)

v.

COUNTY OF SUFFOLK, et al.

        Defendants.

TO:
Gregory Singer, LMSW
1840 Union Blvd., Bay Shore, New York 11706

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

*Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**A complete certified copy of any and all mental health records, including but not limited to prescriptions for medications relating to the care and treatment of Antonio Cruz, D.O.B. 09/29/1999.**

| Place: | Date: |
|---|---|
| Dennis M. Brown, Suffolk County Attorney<br>Suffolk County Department of Law<br>100 Veterans Memorial Hwy - 5th Floor<br>Hauppauge, New York 11788 | January 4, 2019<br>10:00 o'clock a.m. |

ISSUING OFFICER SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant)    DATE:

Arlene S. Zwilling, Assistant County Attorney

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Arlene S. Zwilling, Suffolk County Department of Law, 100 Veterans Memorial Highway, Hauppauge, NY 11788
631-853-4055

## SO ORDERED:

**HON. GARY R. BROWN, U.S.M.J.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**