# THE RUSSELL FRIEDMAN LAW GROUP, LLP

DANIEL S. HALLAK
ASSOCIATE
DIRECT TEL.: 516.355.9628
DIRECT FAX: 516.355.9660
DHALLAK@RFRIEDMANLAW.COM

April 10, 2020

**VIA ECF**
Honorable Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 710
Central Islip, New York 11722

      **Re:**    *Antonio Cruz v. County of Suffolk, et al.*
               Docket No.: 17-CV-4398; File No.: L2534

Dear Judge Tiscione:

      This office represents Plaintiff in the above-referenced matter. Please accept this correspondence as a joint status letter pursuant to Your Honor's Order dated March 3, 2020 (the "Order"). Pursuant to the Order, the parties were to advise the Court if either party intends to file a dispositive motion. Counsel for Plaintiff and Defendants have since met and conferred and Plaintiff has agreed to withdraw the following causes of action to obviate the necessity of a dispositive motion:

- Count II (Monell)
- Count III (Substantive Due Process)
- Count IV (Procedural Due Process)
- Count VI (Negligent Hiring, Retention and Supervision)

As such, the remaining claims are Count I (Claim for Excessive Force pursuant to 42 U.S.C. 1983) and Count V (State Law Claims for Assault and Battery).

      In addition, pursuant to the Order, the parties were to advise the Court if a further settlement conference would be productive. After discussing same, the parties respectfully request an in-person settlement conference in front of Your Honor when the current COVID-19 situation permits, so that the parties can further engage in meaningful settlement discussions.

Thank you for your attention to this matter.

                        Respectfully yours,
                        **THE RUSSELL FRIEDMAN LAW GROUP, LLP**

By:    /s/ Daniel S. Hallak
           Daniel S. Hallak