# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 29, 2020 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-4398 (ADS) |
| **NAME OF CASE(S):** | **DIAZ V. COUNTY OF SUFFOLK ET AL** |
| **FOR PLAINTIFF(S):** | Hallak |
| **FOR DEFENDANT(S):** | Zwilling |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

## RULINGS FROM SETTLEMENT CONFERENCE:

Settlement discussions were held but the parties need additional time to consider the Court's recommendation. Parties shall file a joint status report by June 12, 2020.