**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

June 11, 2020


Honorable Steven L. Tiscione, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 12201


Re: *Cruz v. County of Suffolk, et al.*
    CV17-4398(ADS)(GRB)


Dear Judge Tiscione:

The parties to this §1983 case brought by plaintiff Antonio Cruz submit this joint status report pursuant to the Court's Order of June 2, 2020.

Since the conference with the Court held May 29, 2020, the parties have continued to discuss settlement. The parties would like to continue those discussions. However, due to practical constraints imposed by the current Covid-19 pandemic, we are uncertain about achieving resolution in the near future. Accordingly, the parties respectfully request that we be permitted a six-month period to continue settlement discussion and also request that this Court hold an in-person Settlement Conference when practical.

In addition, pursuant to the Court's Order of June 2, 2020, the parties hereby request a corresponding extension of time to file the Joint Pretrial Order that is currently due on June 12, 2020.

We thank the Court for its continued time and attention to this case.

Respectfully submitted,
Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene. Zwilling*
 By:  Arlene Zwilling
     Assistant County Attorney

LOCATION                              MAILING ADDRESS
H. LEE DENNISON BLDG.                 P.O. BOX 6100                                              (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY    ♦    HAUPPAUGE, NY  11788-0099    ♦    TELECOPIER (631) 853-5169