## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | July 7, 2020 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-4398 (GRB) |
| **NAME OF CASE(S):** | **DIAZ V COUNTY OF SUFFOLK, ET AL.** |
| **FOR PLAINTIFF(S):** | Hallak |
| **FOR DEFENDANT(S):** | Zwilling |
| **NEXT CONFERENCE(S):** | **OCTOBER 30, 2020 AT 10:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

The Court will hold an in-person settlement conference on October 30, 2020 at 10:00 a.m. Counsel are to refer to the Settlement Section of this Court's Individual Rules to further prepare for the conference. If the case is not resolved at that time, the Court will set a deadline for submission of the Pretrial Order.