# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **MAGISTRATE JUDGE STEVEN L. TISCIONE** |
| **DATE:** | November 23, 2020 |
| **TIME:** | 1:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-4398 (GRB) |
| **NAME OF CASE(S):** | **DIAZ V COUNTY OF SUFFOLK, ET AL.** |
| **FOR PLAINTIFF(S):** | Hallak |
| **FOR DEFENDANT(S):** | Zwilling |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

## RULINGS FROM SETTLEMENT CONFERENCE:

Discovery has been completed and the parties do not anticipate filing dispositive motions. Parties have been discussing settlement but the County's financial position has made settlement impossible to this point. Parties will continue to discuss potential resolution and hope that the County's financial position may change in the next few months. If settlement is not possible, however, the parties will file the joint pretrial order by February 26, 2021 in anticipation of an eventual trial.