# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | February 23, 2021 |
| TIME: | 11:00 A.M. |
| DOCKET NUMBER(S): | CV-17-4398 (GRB) |
| NAME OF CASE(S): | Antonio Cruz v County of Suffolk, et al. |
| FOR PLAINTIFF(S): | Hallak |
| FOR DEFENDANT(S): | Zwilling |
| NEXT CONFERENCE(S): | Telephone Settlement Conference - April 13, 2021 at 11:00 a.m. |
| FTR/COURT REPORTER: | N/A |

<u>RULINGS FROM</u> Motion Hearing :

The First MOTION for Extension of Time to File Joint Pretrial Order [52] is granted. Parties shall file the Joint Pretrial Order by May 26, 2021.

The Court will hold a telephone settlement conference on April 13, 2021. Plaintiff's counsel shall call in at 11:00 a.m. with the clients on the line and Defendants' counsel shall call in at 11:30 a.m. with the clients on the line. Parties shall file ex parte settlement statements by April 10, 2021 and a motion to file ex parte is not required.. The parties are to connect to the conference through dial-in number 888-557-8511 with access code 3152145.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.