UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ANTONIO CRUZ,

                                      Plaintiff,

                    -against-

COUNTY OF SUFFOLK, POLICE OFFICER FRANK
FILIBERTO Shield #5238, POLICE OFFICER JOHN
DOE #1 and POLICE OFFICER JOHN DOE #2,

                                  Defendants.
-------------------------------------------------------------------- X
SIRS:

Docket No.: 17-CV-4398
            (ADS)(GRB)

**NOTICE OF
APPEARANCE**

       **PLEASE TAKE NOTICE**, that CHRISTOPHER M. ARZBERGER of The Russell

Friedman Law Group, LLP hereby appears in the above captioned action as attorney for Plaintiff,

ANTONIO CRUZ.

Dated: Garden City, New York
       April 9, 2021

                          **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
                          *Attorneys for Plaintiff, Antonio Cruz*

          By:    /s/ Christopher M. Arzberger
               Christopher M. Arzberger
               400 Garden City Plaza, Suite 500
               Garden City, New York 11530
               Ph: 516.355.9696
               Email: carzberger@rfriedmanlaw.com