## COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN** <br> **COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

April 16, 2021

Honorable Steven L. Tiscione, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 12201

Re: *Cruz v. County of Suffolk, et al.*
    CV17-4398(GRB)(ST)

Dear Judge Tiscione:

This office represents defendants in this §1983 action civil rights action brought by plaintiff Antonio Cruz.

Respectfully, and with the consent of Christopher Arzberger, Esq., counsel for plaintiff, defendants request that the in-person conference now scheduled for April 21, 2021 be adjourned to either April 28, 2021 or the afternoon of May 12, 2021. The adjournment is requested because I have other matters that were previously scheduled for April 21, 2021.

We thank the Court in advance for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

/s/ *Arlene S. Zwilling*
By: Arlene S. Zwilling
    Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169