CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 14, 2021 |
| **TIME:** | 12:30 P.M. |
| **DOCKET NUMBER(S):** | CV-17-4398 (GRB) |
| **NAME OF CASE(S):** | **DIAZ V. COUNTY OF SUFFOLK ET AL** |
| **FOR PLAINTIFF(S):** | Arzberger |
| **FOR DEFENDANT(S):** | Zwilling |
| **NEXT CONFERENCE(S):** | **JUNE 10, 2021 AT 1:30 P.M., BY PHONE** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held but the parties need additional time to consider the Court's recommendation.  The Court will hold a further telephone settlement conference on June 10, 2021 at 1:30 p.m.  The parties are to connect to the conference through dial-in number 888-557-8511 with access code 3152145.  The deadline for filing the joint pretrial order is extended to June 25, 2021.