

CHRISTOPHER M. ARZBERGER
SENIOR ASSOCIATE
DIRECT TEL.: 516.355.9686
DIRECT FAX: 516.726.8428
CARZBERGER@RFRIEDMANLAW.COM

August 31, 2021

**VIA ECF**
Honorable Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 710
Central Islip, New York 11722

Re: *Antonio Cruz v. County of Suffolk, et al.*
Docket No.: 17-CV-4398 (GRB)(ST); File No.: L2534

Dear Judge Tiscione:

    This office represents Plaintiff in the above-referenced matter. On July 21, 2021, the parties appeared for a telephone conference with this Court to discuss the status of the settlement negotiations between the parties. At the conference, Your Honor directed the parties to file the Joint Pretrial Order for the eventual trial of this matter since the parties were unable to settle the case at that time.

    The parties are currently in the process of drafting and revising the Joint Pretrial Order; however, additional time is needed in order to finalize it. Therefore, please accept this correspondence on behalf of Plaintiff to request a fourteen (14) day extension to file the joint pre-trial order. Defendants have consented to the extension of time.

    Thank you for your time and consideration to this matter.

Respectfully yours,
**THE RUSSELL FRIEDMAN LAW GROUP, LLP**

By: */s/Christopher M. Arzberger*
Christopher M. Arzberger

CMA/dm