# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | September 24, 2021 |
| **TIME:** | 3:30 P.M. |
| **DOCKET NUMBER(S):** | CV-17-4398 (GRB) |
| **NAME OF CASE(S):** | **DIAZ V. COUNTY OF SUFFOLK ET AL** |
| **FOR PLAINTIFF(S):** | Fernandez |
| **FOR DEFENDANT(S):** | Zwilling |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

Parties experienced a delay in completing the Pretrial order due to a change in the attorney handling the case for Plaintiff. At this time, however, the parties have completed the Joint Pretrial Order and shall file it by the end of the day.