## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 1, 2022 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-17-4398 (GRB) |
| **NAME OF CASE(S):** | **DIAZ V. COUNTY OF SUFFOLK ET AL.** |
| **FOR PLAINTIFF(S):** | Fernandez |
| **FOR DEFENDANT(S):** | Zwilling |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | AT&T 10:32 - 10:34 |

**RULINGS FROM TELEPHONE CONFERENCE:**

Court discussed the proposed pretrial order. Parties will file a revised pretrial order as discussed by February 7, 2022.