
PABLO A. FERNANDEZ
SENIOR ASSOCIATE
DIRECT TEL.: 516.355.9628
DIRECT FAX: 516.355.9660
PFERNANDEZ@RFRIEDMANLAW.COM

February 8, 2022

**VIA ECF ONLY**
Hon. Steven L. Tiscione
United States District Court Magistrate Judge
Eastern Direct of New York
100 Federal Plaza
Central Islip, New York 11722

    Re.:   <u>Diaz v. County of Suffolk</u>
             17-CV-4398 (GRB)(ST)

Dear Judge Tiscione:

The Russell Friedman Law Group, LLP represents Plaintiff Antonio Cruz in the above-referenced matter. I write further to Your Honor's Electronic Order of today directing the parties to either file a revised pretrial order by the close of business today or a letter setting forth the reasons why they cannot comply.

On February 1, 2022 the Court held a telephone conference where the proposed pretrial order had been discussed. At that conference, the Court directed the parties to file a revised pretrial order by February 7, 2022. *DE71*. That same day, the parties filed the requested proposed pretrial order with the Court requested changes. *DE70*.

Thanking the Court for its time and consideration, I remain

                            Respectfully,
                            **THE RUSSELL FRIEDMAN LAW GROUP, LLP**

                            <u>/S Pablo A. Fernandez</u>
                            Pablo A. Fernandez

cc:     Arlene Zwilling (*Via ECF Only*)
        Assistant County Attorney
        *Attorney for Defendants*