| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>Courtroom 940 |
| BEFORE: GARY R. BROWN<br>         U.S. DISTRICT JUDGE | DATE: 3/11/2022<br>TIME: 3:00 |

CASE: 17cr 4398 Diaz v. County of Suffolk et al
Civil Telephone Conference

APPEARANCES:   Plaintiff: Pablo Fernandez
.
                Defendant:    Arlene Zwilling

COURT REPORTER/FTR#: AT&T Conferencing 3:40-3:52

**THE FOLLOWING RULINGS WERE MADE:**

☐   Motion Schedule set:

☐   Settlement discussed. Choose an item.

☒   Jury Selection and trial set for:  4/5/2022
       Joint pretrial order due by:

☒   Other: Parties are trying to settle. Status due within a week.

To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.