COUNTY OF SUFFOLK



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. COHEN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

March 17, 2022

Hon. Gary R. Brown, U.S.D.J
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Cruz v. County of Suffolk, et al.*
    17cv-4398(GRB)(ST)

Dear Judge Brown:

This office represents defendants in this §1983 action civil rights action brought by plaintiff Antonio Cruz. We are happy to inform the Court that with its assistance, the parties have reached a settlement of this case. We will submit a Stipulation of Discontinuance once plaintiff has executed same.

We thank the Court for its assistance in resolving this matter.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
    Assistant County Attorney

**LOCATION**
**H. LEE DENNISON BLDG.**
**100 VETERANS MEMORIAL HIGHWAY**   ♦

**MAILING ADDRESS**
**P.O. BOX 6100**
**HAUPPAUGE, NY  11788-0099**   ♦

**(631) 853-4049**
**TELECOPIER (631) 853-5169**