**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| DENNIS M. COHEN<br>COUNTY ATTORNEY | DEPARTMENT OF LAW |

March 17, 2022

<span style="color:red">**FILED**
**CLERK**
12:40 pm, Mar 18, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**</span>

Hon. Gary R. Brown, U.S.D.J
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Cruz v. County of Suffolk, et al.*
   17cv-4398(GRB)(ST)

Dear Judge Brown:

This office represents defendants in this §1983 action civil rights action brought by plaintiff Antonio Cruz. We are happy to inform the Court that with its assistance, the parties have reached a settlement of this case. We will submit a Stipulation of Discontinuance once plaintiff has executed same.

We thank the Court for its assistance in resolving this matter.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

/s/ *Arlene S. Zwilling*
By: Arlene S. Zwilling
    Assistant County Attorney

ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.
Dated: 3/18/2022
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169