UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTONIO CRUZ,

                Plaintiff,

-against-

COUNTY OF SUFFOLK, POLICE OFFICER MICHAEL FILIBERTO Shield #5238, POLICE OFFICER JOHN DOE #1, and POLICE OFFICER JOHN DOE #2,

                Defendants.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

17-cv-4398(GRB)(ST)

**FILED CLERK**
9:03 am, Aug 11, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
March 16, 2022

By: Pablo A. Fernandez, Esq.
Attorney for Plaintiff
The Russell Friedman Law Group, LLP
400 Garden City Plaza, Suite 500
Garden City, NY 11530

Dennis M. Cohen
Suffolk County Attorney
By: Arlene S. Zwilling
Assistant County Attorney
Attorney for County of Suffolk & Filiberto
100 Veterans Memorial Highway
Hauppauge, New York 11788

**SO ORDERED:**

**Dated: New York**

_8/11/2022_, **2022**

/s/ Gary R. Brown
Hon. Gary R. Brown, U.S.D.J.